

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2016

No. 04-15-00644-CV

Bret **RADCLIFFE**, Robert Radcliffe, and Mamba Minerals, LLC,
Appellants

v.

**TIDAL PETROLEUM, INC.,**
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-07-00176-CVL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

On June 27, 2016, appellee Tidal Petroleum, Inc. timely filed a motion for rehearing. *See* TEX. R. APP. P. 49.1. The court requests that Appellants file a response. *See id.* R. 49.2.

If Appellants choose to file a response, Appellants must file the response, or a motion for extension of time to file a response, within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court